**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br><br>MICHAEL COSENTINO    CAL SBN 83253<br>COUNSEL FOR THE UNITED STATES<br>PO BOX 129<br>ALAMEDA, CA 94501<br>TEL NO: 510-523-4702    FAX NO. (optional) 510-747-1640<br>E-MAIL ADDRESS *(Optional)*<br>[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD |
|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DISTRICT COURT
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: UNITED STATES OF AMERICA
DEFENDANT: CLASSIE POWELL

CASE NUMBER: C97-0189M

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[x] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

1. Satisfaction of the judgment is acknowledged as follows:
   a. [x] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [x] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   UNITED STATES OF AMERICA C/O MICHAEL COSENTINO, COUNSEL FOR THE UNITED STATES, PO BOX 129, ALAMEDA, CA 94501

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   CLASSIE POWELL
   1805 EAST BAYSHORE ROAD, #2302  EAST PALO ALTO, CA 94303

5. a. Judgment entered on *(date):* MARCH 12, 1997
   b. [ ] Renewal entered on *(date):*

6. [x] An    [x] abstract of judgment    [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| SANTA CLARA | JANUARY 7, 1998 | 14002450 |
| SAN MATEO | APRIL 16, 1997 | 97044132 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: FEBRUARY 22, 2022    MICHAEL COSENTINO    ▶ *(signed)*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250